**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------x

CEDRIC BISHOP,

                         Plaintiff,

          -against-

SEA TOW SERVICES INTERNATIONAL, INC.,

                        Defendant.

------------------------------------------x

ORDER

19 Civ. 1313 (GBD)

GEORGE B. DANIELS, United States District Judge:

The April 22, 2020 conference is adjourned to July 8, 2020 at 9:45 a.m.

Dated: New York, New York
       March 24, 2020

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE