**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------ x
CEDRIC BISHOP, *and on behalf of all other persons similarly situated*,

                              Plaintiff,

         -against-

SEA TOW SERVICES INTERNATIONAL, INC,

                            Defendant.
------------------------------------ x

<u>ORDER</u>

19 Civ. 1313 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The status conference is adjourned from August 26, 2020 to October 28, 2020 at 9:45 am.

Dated: New York, New York
       August 24, 2020

                                              SO ORDERED.

                                              *George B. Daniels*
                                              GEORGE B. DANIELS
                                              United States District Judge