**GOTTLIEB & ASSOCIATES**
ATTORNEYS

150 E. 18th St., Suite PHR · New York, NY 10003
Tel (212) 228-9795 · Fax (212) 982-6284
NYJG@aol.com

August 24, 2020

**VIA ECF**

The Honorable George B. Daniels
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:    *Bishop v. Sea Tow Services International, Inc.,*
        Case No: 1:19-cv-01313

Dear Judge Daniels,

The undersigned represents Cedric Bishop, on behalf of himself and all other persons similarly situated ("Plaintiff"), in the above-referenced action against Sea Tow Services International, Inc., ("Defendant"). We write, with Defendant's consent to inform the Court that the Parties have reached a settlement in principle, and respectfully request that Your Honor dismiss this action with prejudice with the right to reopen in thirty days if the Settlement Agreement is not consummated. In light of the anticipated settlement, the undersigned respectfully requests that all Conferences be adjourned *sine die*.

We thank the Court for its time and attention in this matter.

Respectfully submitted,

*s/ Jeffrey M. Gottlieb, Esq.*
Jeffrey M. Gottlieb, Esq.

cc: all counsel of record VIA ECF

1