**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

CEDRIC BISHOP, *and on behalf of all other persons similarly situated*,

                         Plaintiff,

     -against-

SEA TOW SERVICES INTERNATIONAL, INC,

                         Defendant.

------------------------------------- x

ORDER

19 Civ. 1313 (GBD)

GEORGE B. DANIELS, United States District Judge:

    This Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

Dated: New York, New York
       August 25 2020

                                         SO ORDERED.

                                         */s/ George B. Daniels*
                                         GEORGE B. DANIELS
                                         United States District Judge